In the United States District Court for the Eastern District of Texas Lufkin Division

Theodore Flanagan
 (Plaintiff)

vs.

Walmart Cooperation
 and
Connie K. Wu
 (Pharmacist)

Civil Action No.

9:24cv75 Truncale/Stetson

## Notice to Sue

To the Honorable Judge of Said Court:
 Much Respect to You!
 Now Comes, Theodore Flanagan, Plaintiff, in the Above Styled and Civil Action make this 'Notice to Sue' Putting the Aforementioned defendants on Active Notice as required by Civil Rules of Procedures (Federal) (6), (8), (11).

### (Allegations)

On or About 3-28-24 Approx. 9:20 A.M. Ms. Connie Wu denied the Plaintiff his Perscribed Medication for his 'Neuropathy' when the Plaintiff refused to Submit Medical Records and X-Rays to her to verify his Medical Conditions. This 'Act' violated All 'HIPP' Rule, Regulations policies and Procedure Signed into Law.

### Place of Business

1) Walmart Located in Nacogdoches, Texas at 1030 N. University Dr. 75961.

### Claim

1) Practicing Medicin w/o a License;
2) Violating All Standards outlined in HIPP;
3) Countermanding a Medical Order;
4) Violating 'Administrative' Due Process of Law;
5) Violating Equal Protection of the Law;
6) Inflicting Cruel and Unusual Punishment;

7) Violating the Declaration of Independance;
8) Violating the Seperation of Powers Act;
9) Interfering with 'Interstate' Commerce;
10) Violating All Policies that Governs Walmart Pharmacies;

Thus, All Violation will be Elaberated On in in Suit when filed in about 3½ weeks.

Moreover, the Plaintiff Request Class Action Status. Thus, the Plaintiff has (6) months to file such action based upon Notice to Defendants. The Plaintiff request a Jury trial. He request Five-houndred million dollars for All ~~Defendants~~ Plaintiffs, as Class Action.

Oath

All Information is true and correct to the best of my Knowledge.
x Theodore Flanagan

## Certificate of Service

This is to Certify that a true and correct copy of this 'Notice to Sue' has been delivered to CONNIE WU at Wal-Mart Pharmacy Located at 1030 N. University Dr., Nac. Tex. 75961 and Wal-mart Cooperations Located at 1300 SE 8th St. Bentonville, AR. 72712.

On this 3rd day of April 2024.

This Service is complete and complies with all Federal Rules of Civil Procedures pursuant to the Aforementioned Page.

Theodore Flanagan
Theodore Flanagan
1316 Timberlake St.
# Nac. TX. 75961
832-203-3000



Theodore Flanagan
1316 Timberlake St.
Nacogdoches, Tx.
75961

CLERK, U.S DISTRICT COURT
RECEIVED
APR 12 2024
EASTERN DISTRICT OF TEXAS
LUFKIN, TEXAS

SHREVEPORT LA 710
9 APR 2024 PM 3 L

Eastern District Court
104 N. 3rd.
Lufkin, Tx. 75961