IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| THEODORE FLANAGAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS § | CIVIL NO. 9:24-CV-75-MJT-CLS |
| § | |
| WALMART CORPORATION and § | |
| CONNIE K. WU, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Pursuant to the Court's order adopting the Report and Recommendation of the United States Magistrate Judge and dismissing Plaintiff's claims for lack up subject matter jurisdiction, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims are dismissed without prejudice. The clerk of the court is directed to CLOSE this case.

THIS IS A FINAL JUDGMENT.

**SIGNED this 3rd day of July, 2024.**

_____
Michael J. Truncale
United States District Judge